1  Thomas P. Riley, SBN 194706
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  **Attorneys for Plaintiff**
   **Integrated Sports Media, Inc.**

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

10

11  **INTEGRATED SPORTS MEDIA, INC.,**    **Case No. 2:10-cv-05976-DSF-MAN**

12         **Plaintiff,**                 **JUDGMENT (Proposed)**

13              **vs.**

14
    **MARIO OSWALDO CACERES,**
15
           **Defendant.**
16

17

18      **IT IS HEREBY ORDERED AND ADJUDGED** that Counts Two (Violation of Title 47

19  U.S.C. Section 553) and Four (Violation of California Business and Professions Code Section 17200)

20  of Plaintiff's complaint (ECF No. 1) are hereby dismissed without prejudice.

21      **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is granted summary judgment

22  on its claim for conversion (Count Three) and awarded One Thousand Dollars ($1,000.00) in damages.

    Plaintiff is also granted summary judgment against defendant Mario Oswaldo Caceres on Count One
23
    (Violation of Title 47 U.S.C. Section 605) of its Complaint and awarded Five Thousand Dollars
24
    ($5,000.00) in statutory damages under § 605(e)(3)(C)(i)(II),  along with enhanced damages in the
25
    amount of Twenty Five Thousand Dollars ($25,00.00) under § 605(e)(3)(ii) .
26  ///

27  ///

28

**JUDGEMENT (PROPOSED)**
**CASE NO. 2:10-CV-05976-DSF-MAN**
**PAGE 1**

1    If Plaintiff seeks fees and costs in this action, it shall submit its fee bill within fourteen (14)

2    days of this order.

3

4    **IT IS SO ORDERED**:

5    _____          Dated:_____11/13/12_____

6    **The Honorable Dale S. Fischer**
     **United States District Court**

7    **Central District of California**

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

**JUDGEMENT (PROPOSED)**
**CASE NO. 2:10-CV-05976-DSF-MAN**
**PAGE 2**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 13, 2012, I served:

**JUDGMENT (PROPOSED)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Stephen Ross Cohen, Esq.                (Attorneys for Defendant)
**STEPHEN R COHEN LAW OFFICES**        Mario Oswaldo Caceres
9550 Warner Avenue
Suite 250-06
Fountain Valley, CA 92708

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 13, 2012, at South Pasadena, California.

Dated:  November 13, 2012                */s/ Maria Baird*
                                        **MARIA BAIRD**

///

///

///

**JUDGEMENT (PROPOSED)**
**CASE NO. 2:10-CV-05976-DSF-MAN**
**PAGE 3**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28